AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN

United States of America
v.

ALANIZ, Ronald
Year of birth: 1965

Case No. M-14-2261-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 11/27/2014 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 841(a)(1) | Possession with Intent to Distribute Marijuana, approximately 154.0 Kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Garza, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/28/2014  8:39 am

City and state: La Rosita, Texas

Peter E. Ormsby
*Judge's signature*

~~Dorina Ramos,~~ US Magistrate Judge
*Printed name and title*

**ATTACHMENT I**

On November 27, 2014, at approximately 7:30 a.m., USBP PA Michael Gardner was operating Aerostat 5, a video surveillance tool utilized by USBP. USBP PA Gardner observed several subjects walking north of the Rio Grande River near Roma, Texas. A short time later USBP PA Gardner notified nearby USBP PAs via radio that the subjects had reached a road near the intersection of Portaleza Avenue and 6th street, in Roma, Texas.

USBP PA Gardner then observed a black pickup truck arrive at the location where the subjects had reached the road. USBP PA Gardner then relayed to nearby USBP PAs that several unknown subjects were loading bundles into the pickup truck.

USBP PA Roel Ramos responded to the location and travelled south bound on Portaleza Avenue from Highway 83. At this time USBP PA Gardner informed nearby USBP PAs that the vehicle was travelling north bound on Portaleza Avenue with a USBP unit directly behind it.

As USBP PA Ramos approached the intersection of Portaleza Avenue and 5th street, he observed the black pickup truck and activated his emergency lights in order to conduct a vehicle stop. The pickup truck immediately came to a stop. The driver of the vehicle stopped the vehicle and raised his hands in the air. As USBP PAs approached the vehicle, they observed several bundles of what appeared to be marijuana in the bed of the truck. The driver of the vehicle, who was identified as Ronald ALANIZ, was detained. USBP PAs discovered five (5) bundles of marijuana, weighing approximately 154.0 kilograms, inside the bed of the truck. USBP PAs transported ALANIZ, along with the bundles of marijuana to the Rio Grande City, Texas, USBP Station.

At approximately 10:31 a.m., DEA Agents Joshua Garza and Norris Macon read ALANIZ his Miranda Warnings and conducted a recorded interview of ALANIZ at the Rio Grande City, Texas, USBP Station.

ALANIZ stated that he received a phone call from an unknown number and unknown person around 6:30 a.m., asking him if he was willing to work. ALANIZ stated he told the unknown male that he was ready to give it a try and wanted to work. ALANIZ stated that the unknown male told him to drive to Mesquite and 5th Street in Los Saenz near Roma and to meet some unknown men near a gate.

ALANIZ stated that he drove to Mesquite and 5th Street and observed several unknown men. ALANIZ stated that he then drove up to the men and they began loading bundles into the back of the pickup truck. ALANIZ stated that he did not know who the men were or how many bundles they placed into the bed of the pickup truck.

ALANIZ stated that he was then supposed to drive north to Highway 83 and make a right turn. ALANIZ stated that he was supposed to then receive a telephone call to be told where to go. ALANIZ stated that he travelled about one block and was quickly stopped by Border Patrol.

ALANIZ stated that he was aware that he was transporting marijuana and was his first time doing so.